IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **In re:** § <br> **Walter Energy, Inc., et al.,** § <br> **Jointly Administered** §    Case No. **15-02741-TOM-11** <br>         Debtor § <br> <br> **United Mine Workers of America** § <br> **Combined Benefit Fund and the United** § <br> **Mine Workers of America 1992 Benefit Plan** § <br> § <br>         Appellant § <br> **vs.** § <br> § <br> **Walter Energy, Inc., et al.,** § <br> **Jointly Administered** § <br>         Appellees § | |

**SUBMISSION SHEET**
**Notice of Appeal**

TO:   Sharon Harris, Clerk of Court
      United States District Court

SUBMITTED ON:   1863 - Order (I) Approving the Sale of Certain Non-Core Assets Free and Clear of Claims, Liens, Interests and Encumbrances; (II) Approving the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases; and (III) Granting Related Relief

CONTENTS OF RECORD (Partial Record):

    a.   Order from which appeal is being taken;
    b.   Notice of Appeal;
    c.   Docket Sheet;
    d.   Submission Sheet

Filing Fee Paid - Receipt Number 19030620

**PREVIOUS APPEAL:**   U.S. District Court Case Number 2:15-cv-01531-RDP
                       U.S. District Court Case Number 2:15-cv-01773-LSC
                       U.S. District Court Case Number 2:15-cv-15-01819-LSC
                       U.S. District Court Case Number  2:16-cv-00056-LSC

U.S. District Court Case Number  2:16-cv-00057-LSC
U.S. District Court Case Number  2:16-cv-00058-LSC

**Counsel for Appellant:**
Quinn, Connor, Weaver, Davies & Rouco LLP
Glen M. Connor
George N. Davies
Two North Twentieth Building
2 – 20th Street North, Suite 930
Birmingham, AL 35203
205-870-9989
gconnor@qcwdr.com
gdavies@qcwdr.com

Mooney Green Saindon Murphy & Welch PC
Paul A. Green
John R. Mooney
1920 L Street, N.W., Suite 400
Washington, DC 20036
202-783-0010
jmooney@mooneygreen.com
pgreen@mooneygreen.com

Morgan, Lewis & Bockius LLP
John C. Goodchild, III
Rachel Jaffe Mauceri
1701 Market Street
Philadelphia, PA 19103-2921
215-963-5000
jgoodchild@morganlewis.com
rmauceri@morganlewis.com

Julia Frost-Davies
Amelia Joiner
One Federal Street
Boston, MA 02110-1726
617-341-7700
julia.frost-davies@morganlewis.com
amelia.joiner@morganlewis.com

**Counsel for Appellee**:
Paul, Weiss, Rifkind, Wharton & Garrison LLP
Stephen J. Shimshak
Kelley A. Cornish
Claudia R. Tobler
Diane Meyers
Ann K. Young
Michael S. Rudnick
Daniel Leffell
Dan Youngblut
1285 Avenue of the Americas
New York, New York 10019
212-373-3000
sshimshak@paulweiss.com
kcornish@paulweiss.com
ctobler@paulweiss.com
dmeyers@paulweiss.com
ayoung@paulweiss.com
mrudnick@paulweiss.com

Bradley Arant Boult Cummings LLP
Patrick Darby
Jay Bender
Cathleen Moore
James Bailey
One Federal Place
1819 Fifth Avenue North
Birmingham, Alabama 35203
205-521-8000
pdarby@babc.com
jbender@babc.com
ccmoore@babc.com
jbailey@babc.com

Maynard, Cooper & Gale, P.C.
Jayna Lamar
Robert Ozols
1901 6th Ave N
2400 Regions Harbert Plaza
Birmingham, AL 35203
205-254-1048
jlamar@maynardcooper.com
rozols@maynardcooper.com

| **Attorneys for Coal Acquisition LLC** | **Attorneys for Steering Committee** |
|---|---|
| Burr & Forman LLP | Burr & Forman LLP |
| Michael Leo Hall | Michael Leo Hall |
| D. Christopher Carson | D. Christopher Carson |
| Hanna Lahr | Hanna Lahr |
| 420 North 20th Street, Suite 3400 | 420 North 20th Street, Suite 3400 |
| Birmingham, AL 35203 | Birmingham, AL 35203 |
| 205-251-3000 | 205-251-3000 |
| mhall@burr.com | mhall@burr.com |
| ccarson@burr.com | ccarson@burr.com |
| hlahr@burr.com | hlahr@burr.com |
| | |
| Akin Gump Strauss Hauer & Feld LLP | Akin Gump Strauss Hauer & Feld LLP |
| Ira S. Dizengoff | Ira S. Dizengoff |
| Marty L. Brimmage | Marty L. Brimmage |
| Deborah J. Newman | Deborah J. Newman |
| Kristine G. Manoukian | Kristine G. Manoukian |
| Lisa G. Beckerman | Lisa G. Beckerman |
| One Bryant Park | One Bryant Park |
| Bank of America Tower | Bank of America Tower |
| New York, NY 10036-6745 | New York, NY 10036-6745 |
| 212-872-1000 | 212-872-1000 |
| idizengoff@akingump.com | idizengoff@akingump.com |
| mbrimmage@akingump.com | mbrimmage@akingump.com |
| djnewman@akingump.com | djnewman@akingump.com |
| kmanoukian@akingump.com | kmanoukian@akingump.com |
| lbeckerman@akingump.com | lbeckerman@akingump.com |
| | |
| Akin Gump Strauss Hauer & Feld LLP | Akin Gump Strauss Hauer & Feld LLP |
| James Savin, Esq. | James Savin, Esq. |
| 1333 New Hampshire Avenue, N.W. | 1333 New Hampshire Avenue, N.W. |
| Washington, DC 20036 | Washington, DC 20036 |
| 202-887-4000 | 202-887-4000 |
| jsavin@akingump.com | jsavin@akingump.com |

| **Attorneys for Seminole Coal Resources, LLC,** **ERP Compliant COKE, LLC,** **ERP Environmental Fund, Inc.** | **Attorneys for United Mine Workers of America** |
|---|---|
| Steptoe & Johnson PLLC<br>Gary D. Holland<br>Arthur M. Standish<br>Roger L. Nicholson<br>James H. Adkins<br>707 Virginia Street East, 17th Floor<br>Charleston, WV 25301<br>304-353-8000<br>gary.holland@steptoe-johnson.com<br>art.standish@steptoe-johnson.com<br>roger.nicholson@steptoe-johnson.com<br>james.adkins@steptoe-johnson.com<br><br>Hand Arendall LLC<br>Neil C. Johnston<br>RSA Tower<br>11 North Water Street, Suite 30200<br>P.O. Box 123<br>Mobile, AL 36601<br>251-432-5511<br>njohnston@handarendall.com | Rumberger Kirk & Caldwell<br>2001 Park Place North Suite 1300<br>Birmingham, AL 35203<br>Attn: Jennifer B. Kimble<br>205-327-5550<br>jkimble@rumberger.com<br><br>Lowenstein Sandler LLP<br>65 Livingston Avenue<br>Roseland, NJ 07068<br>Attn: Sharon Levine<br>Paul Kizel<br>Philip J. Gross<br>Nicole M. Brown<br>973-597-2500<br>slevine@lowenstein.com<br>pkizel@lowenstein.com<br>pgross@lowenstein.com<br>nbrown@lowenstein.com |

**Attorneys for The West Virginia Department of Environmental Protection**
BAILEY & GLASSER LLP
David L. Selby II
Matthew J. Ford
3000 Riverchase Galleria,
Suite 905 Birmingham, AL 35244
205-988-9253
dselby@baileyglasser.com
mford@baileyglasser.com

BAILEY & GLASSER LLP
Kevin W. Barrett (admitted pro hac vice)
Special Assistant Attorney General for the State of West Virginia
209 Capitol Street
Charleston, WV 25301
304-345-6555
kbarrett@baileyglasser.com

**Attorney for Marco Resources, LLC**
Spain & Gillon, LLC
Walter F. McArdle
Frederick M. Garfield
2117 2nd Avenue North
Birmingham, AL 35303
205-328-4100
wfm@spani-gillon.com
fmg@spain-gillon.com

**Attorneys for Pardee Minerals LLC**
Baker Donelson Bearman
Caldwell & Berkowitz, PC
W. Patton Hahn
Matthew M. Cahill
420 North 20th Street, Suite 1400
Birmingham, AL 35203
205-328-0480
mcahill@bakerdonelson.com

**Attorneys for Arch Insurance Company**
Jones Walker LLP
C. Ellis Brazeal, III
1819 5th Ave. N., Ste. 1100
Birmingham, AL 35203
205-244-5200
ebrazeal@joneswalker.com

Manier & Herod
Michael E. Collins (admitted pro hac vice)
Scott C. Williams (admitted pro hac vice)
Nashville, TN 27219
615-244-0030
mcollins@manierherod.com
swilliams@manierherod.com

**United States Bankruptcy Administrator – Northern District of Alabama**
J. Thomas Corbett
Robert S. Vance Federal Building
1800 5th Avenue North, Third Floor
Birmingham, AL 35203
Telephone: 205-714-3830

Dated: February 11, 2016

**Joseph E. Bulgarella, Clerk**
United States Bankruptcy Court

By: /s/ Leigh Tumlin
    Deputy Clerk