FILED
2016 Mar-29 PM 04:38
U.S. DISTRICT COURT
N.D. OF ALABAMA

## UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

In the Matter of:

Walter Energy, Inc., et al.,

    Debtor(s)

United Mine Workers of America
Combined Benefit Fund and the
United Mine Workers of America
1992 Benefit Plan

    Appellant

Walter Energy, Inc., et al.,

    Appellee

District Court Case #CV-16-00249-RDP

Bankruptcy Case #15-02741-TOM-11

### CERTIFICATE OF RECORD ON APPEAL

In accordance with Federal Rule of Bankruptcy Procedure 8010, the undersigned Deputy Clerk files with the Clerk of the United States District Court electronic copies of documents constituting the record on appeal:

    a.    Order (I) Approving the Sale of Certain Non-Core Assets Free and Clear of Claims, Liens, Interests and Encumbrances; (II) Approving the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases; and (III) Granting Related Relief (Docket Entry #1863);

    b.    The Notice of Appeal (Docket Entry #1876);

    c.    Docket Entries kept by the Bankruptcy Clerk;

    d.    Items designated by Appellant and Appellee.

Dated: March 28, 2016

Joseph E. Bulgarella, Clerk
United States Bankruptcy Court

By: /s/ Leigh Tumlin
        Deputy Clerk