IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Chapter 11 |
| | ) | |
| WALTER ENERGY, INC.[1] | ) | Case No. 15-02741 (TOM11) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | |

## APPELLANTS' STATEMENT OF ISSUES AND DESIGNATION OF RECORD ON APPEAL

Pursuant to Bankruptcy Rule 8009(a), the United Mine Workers of America Combined Benefit Fund and the United Mine Workers of America 1992 Benefit Plan (together, the "Coal Act Funds"), by and through their undersigned attorneys, hereby submit the Statement of Issues and Designation of Record on Appeal of this Court's February 8, 2016 *Order Approving the Sale of Certain Non-Core Assets Free And Clear of Claims, Liens, Interests And Encumbrances; (II) Approving the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases; and (III) Granting Related Relief* (the "Non-Core Assets Sale Order") (Doc. No. 1863). Appellants noticed an appeal of the February 8 Order on February 9, 2016 (Doc. No. 1876); that

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Walter Energy, Inc. (9953); Atlantic Development and Capital, LLC (8121); Atlantic Leaseco, LLC (5308); Blue Creek Coal Sales, Inc. (6986); Blue Creek Energy, Inc. (0986); J.W. Walter, Inc. (0648); Jefferson Warrior Railroad Company, Inc. (3200); Jim Walter Homes, LLC (4589); Jim Walter Resources, Inc. (1186); Maple Coal Co., LLC (6791); Sloss-Sheffield Steel & Iron Company (4884); SP Machine, Inc. (9945); Taft Coal Sales & Associates, Inc. (8731); Tuscaloosa Resources, Inc. (4869); V Manufacturing Company (9790); Walter Black Warrior Basin LLC (5973); Walter Coke, Inc. (9791); Walter Energy Holdings, LLC (1596); Walter Exploration & Production LLC (5786); Walter Home Improvement, Inc. (1633); Walter Land Company (7709); Walter Minerals, Inc. (9714); and Walter Natural Gas, LLC (1198). The location of the Debtors' corporate headquarters is 3000 Riverchase Galleria, Suite 1700, Birmingham, Alabama 35244-2359.

appeal has been docketed in the District Court for the Northern District of Alabama as Case No. 2:16-cv-00249-RDP.

\* \* \*

Appellants' Statement of Issues and Designation of Record on Appeal are as follows:

## STATEMENT OF ISSUES

1. Do bankruptcy courts lack jurisdiction to rule that the purchaser of a debtor's assets cannot be liable for future federal taxes under the Coal Act for periods after the closing of the asset sale?

2. Are the interests of Appellants in assessing and collecting Coal Act premiums from the purchaser of a coal-mining debtor's business for periods after an asset sale "interest[s] in . . . property" under Section 363(f)?

## DESIGNATION OF RECORD ON APPEAL

Each item designated shall also include any and all attachments, proposed orders, and/or exhibits to such item:

| Item # | Docket No. | Docket Date | Description |
|---|---|---|---|
| 1[2] | 1 | 07/15/2015 | Voluntary Petition of Atlantic Development and Capital, LLC (Case No. 15-02747) |
| | | | Voluntary Petition of Atlantic Leaseco, LLC (Case No. 15-02773) |
| | | | Voluntary Petition of Blue Creek Coal Sales, Inc. (Case No. 15-02750) |

---

[2] On July 15, 2015, Walter Energy, Inc. and 22 affiliates each filed chapter 11 petitions with the Bankruptcy Court for the Northern District of Alabama. Each petition commenced a separate case under chapter 11 of the Bankruptcy Code; accordingly, each chapter 11 petition is docket entry 1 on a separate docket. Each chapter 11 petition is listed on this designation of items for inclusion in the record on appeal. The 23 cases are being jointly administered under the caption *In re Walter Energy, Inc.*, No. 15-02741-11 (Bankr. N.D. Ala.).

| Item # | Docket No. | Docket Date | Description |
|---|---|---|---|
| | | | Voluntary Petition of Blue Creek Energy, Inc. (Case No. 15-02752) |
| | | | Voluntary Petition of J.W. Walter, Inc. (Case No. 15-02755) |
| | | | Voluntary Petition of Jefferson Warrior Railroad Company, Inc. (Case No. 15-02759) |
| | | | Voluntary Petition of Jim Walter Homes, LLC (Case No. 15-02762) |
| | | | Voluntary Petition of Jim Walter Resources, Inc. (Case No. 15-02743) |
| | | | Voluntary Petition of Maple Coal Co., LLC (Case No. 15-02764) |
| | | | Voluntary Petition of Sloss-Sheffield Steel & Iron Company (Case No. 15-02766) |
| | | | Voluntary Petition of SP Machine, Inc. (Case No. 15-02746) |
| | | | Voluntary Petition of Taft Coal Sales & Associates, Inc. (Case No. 15-02751) |
| | | | Voluntary Petition of Tuscaloosa Resources, Inc. (Case No. 15-02753) |
| | | | Voluntary Petition of V Manufacturing Company (Case No. 15-02754) |
| | | | Voluntary Petition of Walter Black Warrior Basin LLC (Case No. 15-02756) |
| | | | Voluntary Petition of Walter Coke, Inc. (Case No. 15-02744) |
| | | | Voluntary Petition of Walter Energy Holdings, LLC (Case No. 15-02758) |
| | | | Voluntary Petition of Walter Energy, Inc. (Case No. 15-02741) |

| Item # | Docket No. | Docket Date | Description |
|---|---|---|---|
| | | | Voluntary Petition of Walter Exploration & Production LLC (Case No. 15-02757) |
| | | | Voluntary Petition of Walter Home Improvement, Inc. (Case No. 15-02760) |
| | | | Voluntary Petition of Walter Land Company (Case No. 15-02761) |
| | | | Voluntary Petition of Walter Minerals, Inc. (Case No. 15-02763) |
| | | | Voluntary Petition of Walter Natural Gas, LLC (Case No. 15-02765) |
| 2 | 3 | 07/15/2015 | Declaration of William G. Harvey in Support of First Day Motions |
| 3 | 54 | 07/15/2015 | Order Directing Joint Administration of the Debtors' Chapter 11 Cases |
| 4 | 260 | 07/31/2015 | Verified Statement of the Steering Committee of First Lien Creditors Pursuant to Bankruptcy Rule 2019 |
| 5 | 993 | 11/05/2015 | Debtors' Motion for (A) An Order (I) Establishing Bidding Procedures for the Sale(s) of All, or Substantially All, of the Debtors Assets; (II) Approving Bid Protections; (III) Establishing Procedures Relating to the Assumption and Assignment of Executory Contracts and Unexpired Leases; (IV) Approving Form and Manner of the Sale, Cure and Other Notices; and (V) Scheduling an Auction and a Hearing to Consider the Approval of the Sale(s); (B) Order(s) (I) Approving the Sale(s) of the Debtors Assets Free and Clear of Claims, Liens and Encumbrances; and (II) Approving the Assumption and Assignment of Executory Contracts and Unexpired Leases; and (C) Certain Related Relief (the "**Sale Motion**") |
| 6 | 1094 | 11/23/2015 | Notice of Debtors' Motion Pursuant to 11 U.S.C. §§ 105(a), 1113(c) and 1114(g) for an Order (I) Authorizing the Debtors to (A) Reject Collective Bargaining Agreements, (B) Implement Final Labor Proposals, and |

4

| Item # | Docket No. | Docket Date | Description |
|---|---|---|---|
|  |  |  | (C) Terminate Retiree Benefits; and (II) Granting Related Relief (the "**1113/1114 Motion**") |
| 7 | 1095 | 11/23/2015 | Declaration of Stephen Douglas Williams in Support of Debtors' Motion Pursuant to 11 U.S.C. §§ 105(a), 1113(c) and 1114(g) for an Order (I) Authorizing the Debtors to (A) Reject Collective Bargaining Agreements, (B) Implement Final Labor Proposals, and (C) Terminate Retiree Benefits; and (III) Granting Related Relief |
| 8 | 1099 | 11/23/2015 | Notice and Order Setting Debtors' Motion for an Order (I) Authorizing the Debtors to (A) Reject Collective Bargaining Agreements, (B) Implement Final Labor Proposals, and (C) Terminate Retiree Benefits; and (II) Granting Related Relief; and Establishing Other Deadlines |
| 9 | 1119 | 11/25/2015 | Order (I) Establishing Bidding Procedures for the Sale(s) of All, or Substantially All, of the Debtors' Assets; (II) Approving Bid Protections; (III) Establishing Procedures Relating to the Assumption and Assignment of Executory Contracts and Unexpired Leases; (IV) Approving Form and Manner of the Sale, Cure and Other Notices; (V) Scheduling an auction and a Hearing to Consider the Approval of the Sale(s); and (VI) Granting Certain Related Relief |
| 10 | 1189 | 12/08/2015 | Objection to the United Mine Workers of America to Debtors' Motion Pursuant to 11 U.S.C. §§ 105(a), 1113(c) and 1114(g) for an Order (I) Authorizing the Debtors to (A) Reject Collective Bargaining Agreements, (B) Implement Final Labor Proposals, and (C) Terminate Retiree Benefits; and (II) Granting Related Relief |
| 11 | 1195 | 12/09/2015 | Opposition of United Steelworkers to Debtors' Motion Pursuant to 11 U.S.C. §§ 105(a), 1113(c) and 1114(g) |
| 12 | 1198 | 12/09/2015 | Objection of the United Mine Workers of American 1974 Pension Plan and Trust, the United Workers of America 1993 Benefit Plan, the United Mine Workers of America 2012 Retiree Bonus Account Plan, the United Mine Workers of America Cash Deferred Savings Plan of 1988, the United Mine Workers of America Combined Benefit |

| Item # | Docket No. | Docket Date | Description |
|---|---|---|---|
| | | | Plan and the United Mine Workers of America 1992 Benefit Plan to (1) Debtors' Motion Pursuant to 11 U.S.C. §§ 105(a), 1113(c) and 1114(g) for an Order (I) Authorizing the Debtors to (A) Reject Collective Bargaining Agreements, (B) Implement Final Labor Proposals, and (C) Terminate Retiree Benefits; and (II) Granting Related Relief |
| 13 | 1204 | 12/09/2015 | Statement of the Official Committee of Unsecured Creditors Regarding the Debtors' Motion Pursuant to 11 U.S.C. §§ 105(a), 1113(c) and 1114(g) for an Order (I) Authorizing the Debtors to (A) Reject Collective Bargaining Agreements, (B) Implement Final Labor Proposals, and (C) Terminate Retiree Benefits; and (II) Granting Related Relief |
| 14 | 1207 | 12/09/2015 | Debtors' Motion for an Order Approving Global Settlement Among the Debtors, Official Committee of Unsecured Creditors, Steering Committee and Stalking Horse Purchaser Pursuant to Fed. R. Bankr. P. 9019 |
| 15 | 1227 | 12/10/2015 | Notice of Withdrawal of Debtors' Motion to Reject USW Collective Bargaining Agreements |
| 16 | 1239 | 12/11/2015 | Proposed Findings of Fact and Conclusions of Law Filed by Creditor United Mine Workers of America in Connection with the Debtors' Motion Pursuant To 11 U.S.C. § 105(a), 1113(c) And 1114(g) For An Order (I) Authorizing The Debtors To (A) Reject Collective Bargaining Agreements, (B) Implement Final Labor Proposals, And (C) Terminate Retiree Benefits,. And (II) Granting Related Relief |
| 17 | 1240 | 12/11/2015 | Debtors' Omnibus Reply to Objections to Motion for an Order (A) Approving the Debtors' Key Employee Retention Plan and (B) Granting Related Relief |
| 18 | 1241 | 12/11/2015 | The Official Committee of Retired Employees of Walter Energy, Inc.'s Proposed Findings of Fact and Conclusions of Law with respect to the Debtors' Motion Pursuant to 11 U.S.C. §§ 105(a), 1113(c), and 1114(g) for an Order (I) Authorizing the Debtors to (A) Reject Collective |

| Item # | Docket No. | Docket Date | Description |
|---|---|---|---|
| | | | Bargaining Agreements, (B) Implement Final Labor Proposals, and (C) Terminate Retiree Benefits; and (II) Granting Related Relief |
| 19 | 1242 | 12/11/2015 | Debtors' Proposed Findings of Fact and Conclusions of Law Granting Debtors' Motion for an Order (I) Authorizing the Debtors to (A) Reject Collective Bargaining Agreements, (B) Implement Final Labor Proposals, and (C) Terminate Retiree Benefits; and (II) Granting Related Relief |
| 20 | 1243 | 12/11/2015 | Proposed Findings of Fact and Conclusions of Law of the United Mine Workers of America 1974 Pension Plan and Trust, the United Mine Workers of America 1993 Benefit Plan, the United Mine Workers of America 2012 Retiree Bonus Account Plan, the United Mine Workers of America Cash Deferred Savings Plan of 1988, the United Mine Workers of America Combined Benefit Fund, and the United Mine Workers of America 1992 Benefit Plan with Respect to Debtors' Motion Pursuant to 11 U.S.C. §§ 105(a), 1113(c) and 1114(f) for an Order (I) Authorizing the Debtors to (A) Reject Collective Bargaining Agreements, (B) Implement Final Labor Proposals, and (C) Terminate Retiree Benefits; and (II) Granting Related Relief |
| 21 | 1250 | 12/11/2015 | The Official Committee of Retired Employees of Walter Energy, Inc.'s Objection to Debtors' Motion Pursuant to 11 U.S.C. §§ 105(a), 1113(c) and 1114(g) for an Order (I) Authorizing the Debtors to (A) Reject Collective Bargaining Agreements, (B) Implement Final Labor Proposals, and (C) Terminate Retiree Benefits; and (II) Granting Related Relief |
| 22 | 1261 | 12/14/2015 | Debtors' Omnibus Reply in Support of the Motion Pursuant to 11 U.S.C. §§ 105(a), 1113(c), and 1114(g) for an Order (I) Authorizing the Debtors to (A) Reject Collective Bargaining Agreements, (B) Implement Final Labor Proposals, and (C) Terminate Retiree Benefits; and (II) Granting Related Relief |

| Item # | Docket No. | Docket Date | Description |
|---|---|---|---|
| 23 | 1264 | 12/14/2015 | Debtors' Agenda for Hearing Scheduled for December 15, 2015 |
| 24 | 1284 | 12/14/2015 | Debtors' Notice of Proposed Stipulation and Order Resolving Debtors' Motion Pursuant to 11 U.S.C. §§ 105(a), 1113(c) and 1114(g) for an Order (I) Authorizing the Debtors to (A) Reject Collective Bargaining Agreements, (B) Implement Final Labor Proposals, and (C) Terminate Retiree Benefits; and (II) Granting Related Relief as to the Non-Union Retirees Only |
| 25 | 1286 | 12/14/2015 | Debtors' Notice of Filing Proposed Form of Sale Order |
| 26 | 1333 | 12/16/2015 | Stipulation and Order Resolving Debtors' Motion Pursuant to 11 U.S.C. §§ 105(a), 1113(c) and 1114(g) for an Order (I) Authorizing the Debtors to (A) Reject Collective Bargaining Agreements, (B) Implement Final Labor Proposals, and (C) Terminate Retiree Benefits; and (II) Granting Related Relief as to the Non-Union Retirees Only |
| 27 | 1336 | 12/16/2015 | Transcript of Hearing Held on December 15, 2015 |
| 28 | 1341 | 12/17/2015 | Objection of the United Mine Workers of America to Debtors' Motion for Entry of an Order (I) Establishing Bidding Procedures for the Sale(s) of All, or Substantially All, of the Debtors' Assets; (II) Approving Bid Protections; (III) Establishing Procedures Relating to the Assumption and Assignment of Executory Contracts and Unexpired Leases; (IV) Approving Form and Manner of the Sale, Cure and Other Notices; and (V) Scheduling an Auction and a Hearing to Consider the Approval of the Sale(s); (B) Order(s) (I) Approving the Sale(s) of the Debtors' Assets Free and Clear of Claims, Liens and Encumbrances; and (II) Approving the Assumption and Assignment of Executory Contracts and Unexpired Leases; and (C) Certain Related Relief |

| Item # | Docket No. | Docket Date | Description |
|---|---|---|---|
| 29 | 1373 | 12/17/2015 | Objection of the United Mine Workers of America Combined Benefit Fund and the United Mine Workers of America 1992 Benefit Plan to (A) An Order (I) Establishing Bidding Procedures for the Sale(s) of All, or Substantially All, of the Debtors Assets; (II) Approving Bid Protections; (III) Establishing Procedures Relating to the Assumption and Assignment of Executory Contracts and Unexpired Leases; (IV) Approving Form and Manner of the Sale, Cure and Other Notices; and (V) Scheduling an Auction and a Hearing to Consider the Approval of the Sale(s); (B) Order(s) (I) Approving the Sale(s) of the Debtors Assets Free and Clear of Claims, Liens and Encumbrances; and (II) Approving the Assumption and Assignment of Executory Contracts and Unexpired Leases; and (C) Certain Related Relief |
| 30 | 1413 | 12/18/2015 | Transcript of Hearing Held on December 16, 2015 |
| 31 | 1469 | 12/23/2015 | Debtors' Notice to Creditors Regarding Change of Bid Deadline, Auction Date, and Sale Hearing of Certain Non-Core Assets. |
| 32 | 1489 | 12/28/2015 | Memorandum Opinion and Order Granting Debtors' Motion for an Order (I) Authorizing the Debtors to (A) Reject Collective Bargaining Agreements, (B) Implement Final Labor Proposals, and (C) Terminate Retiree Benefits; and (II) Granting Related Relief |
| 33 | 1502 | 12/29/2015 | Motion to Alter or Amend Memorandum Opinion and Order Granting Debtors' Motion for an Order (I) Authorizing the Debtors to (A) Reject Collective Bargaining Agreements, (B) Implement Final Labor Proposals, and (C) Terminate Retiree Benefits; and (II) Granting Related Relief |
| 34 | 1510 | 12/20/2015 | Order Granting Motion to Alter or Amend Memorandum Opinion and Order Granting Debtors' Motion for an Order (I) Authorizing the Debtors to (A) Reject Collective Bargaining Agreements, (B) Implement Final Labor Proposals, and (C) Terminate Retiree Benefits; and (II) |

| Item # | Docket No. | Docket Date | Description |
|---|---|---|---|
|  |  |  | Granting Related Relief |
| 35 | 1538 | 01/04/2016 | Emergency Motion of the United Mine Workers of America 1992 Benefit Plan and the United Mine Workers of America Combined Benefit Fund to Compel |
| 36 | 1539 | 01/04/2016 | Emergency Motion to Expedite Hearing of the United Mine Workers of America 1992 Benefit Plan and the United Mine Workers of America Combined Benefit Fund Motion to Compel |
| 37 | 1552 | 01/05/2016 | Debtors' Omnibus Reply to Objections to the Debtors' Motion for (A) an Order (I) Establishing Bidding Procedures for the Sale(s) of All, or Substantially All, of the Debtors' Assets; (II) Approving Bid Protections; (III) Establishing Procedures Relating to the Assumption and Assignment of Executory Contracts and Unexpired Leases; (IV) Approving Form and Manner of the Sale, Cure, and Other Notices; and (V) Scheduling an Auction and a Hearing to Consider the Approval of the Sale(s); (B) Order(s) Approving the Sale(s) of the Debtors' Assets Free and Clear of Claims, Liens, Encumbrances, and Interests; and (II) Approving the Assumption and Assignment of Executory Contracts and Unexpired Leases; and (C) Certain Related Relief |
| 38 | 1553 | 01/05/2016 | Declaration of Stephen Douglas Williams in Support of Debtors' Motion for (A) an Order (I) Establishing Bidding Procedures for the Sale(s) of All, or Substantially All, of the Debtors' Assets; (II) Approving Bid Protections; (III) Establishing Procedures Relating to the Assumption and Assignment of Executory Contracts and Unexpired Leases; (IV) Approving Form and Manner of the Sale, Cure, and Other Notices; and (V) Scheduling an Auction and a Hearing to Consider the Approval of the Sale(s); (B) Order(s) Approving the Sale(s) of the Debtors' Assets Free and Clear of Claims, Liens, Encumbrances, and Interests; and (II) Approving the Assumption and Assignment of Executory Contracts and Unexpired Leases; and (C) Certain Related Relief |

| Item # | Docket No. | Docket Date | Description |
|---|---|---|---|
| 39 | 1554 | 01/05/2016 | Debtors' Agenda for Hearing Scheduled for January 6, 2016 |
| 40 | 1578 | 01/08/2016 | Notice of Filing Proposed Order Filed by Creditors United Mine Workers of America 1992 Benefit Plan and its Trustees, United Mine Workers of America Combined Benefit Fund and its Trustees |
| 41 | 1579 | 01/08/2016 | United Mine Workers of America's Notice of Appeal of Bankruptcy Court Order Granting Debtors' 1113/1114 Motion |
| 42 | 1581 | 01/08/2016 | Notice of Appeal of the United Mine Workers of American 1974 Pension Plan and Trust, the United Workers of America 1993 Benefit Plan, the United Mine Workers of America 2012 Retiree Bonus Account Plan, the United Mine Workers of America Cash Deferred Savings Plan of 1988, the United Mine Workers of America Combined Benefit Plan and the United Mine Workers of America 1992 Benefit Plan of the Memorandum Opinion and Order Granting Debtors' Motion for an Order (I) Authorizing the Debtors to (A) Reject Collective Bargaining Agreements, (B) Implement Final Labor Proposals, and (C) Terminate Retiree Benefits; and (II) Granting Related Relief |
| 43 | 1584 | 01/08/2016 | Order (I) Approving the Sale of the Acquired Assets Free and Clear of Claims, Liens, Interests and Encumbrances; (II) Approving the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases; and (III) Granting Related Relief |
| 44 | 1602 | 01/11/2016 | Transcript of January 6, 2016 Hearing Regarding Sale of Core Assets |
| 45 | 1605 | 01/12/2016 | Notice of Appeal of the United Mine Workers of America Combined Benefit Plan and the United Mine Workers of America 1992 Benefit Plan of Order (I) Approving the Sale of the Acquired Assets Free and Clear of Claims, |

11

| Item # | Docket No. | Docket Date | Description |
|---|---|---|---|
| | | | Liens, Interests and Encumbrances; (II) Approving the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases; and (III) Granting Related Relief |
| 46 | 1607 | 01/12/2016 | United Mine Workers of America's Notice of Appeal of Bankruptcy Court Order Granting Debtor's Sale Motion |
| 47 | 1619 | 01/13/2016 | Emergency Motion for a Stay Pending Appeal |
| 48 | 1620 | 01/13/2016 | Emergency Motion to Expedite Hearing of the United Mine Workers of America 1992 Benefit Plan and the United Mine Workers of America Combined Benefit Fund Emergency Motion to Stay the Court's Order (I) Approving the Sale of the Acquired Assets Free and Clear of Claims, Liens, Interests and Encumbrances; (II) Approving the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases; and (III) Granting Related Relief |
| 49 | 1621 | 01/13/2016 | Debtors' Notice of Change of Auction Date for Certain Non-Core Assets |
| 50 | 1622 | 01/13/2016 | Joinder to the Funds' Emergency Motion for a Stay Pending Appeal of the Sale Order |
| 51 | 1623 | 01/13/2016 | Order Setting Expedited Hearing on Coal Act Fund's Motion for a Stay Pending Appeal of the Court's January 8, 2016 Order (I) Approving the Sale of the Acquired Assets Free and Clear of Claims, Liens, Interests, and Encumbrances; (II) Approving the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases; and (III) Granting Related Relief |
| 52 | 1704 | 01/20/2016 | Order Denying Emergency Motion for a Stay Pending Appeal |
| 53 | 1729 | 01/22/2016 | Debtors' Notice of Adjourned Auction Date and Continued Sale Hearing for Certain Non-Core Assets |

12

| Item # | Docket No. | Docket Date | Description |
|---|---|---|---|
| 54 | 1784 | 02/01/2016 | Notice of Proposed Asset Purchase Agreement for the Debtors' Non-Core Assets ("Non-Core Assets") |
| 55 | 1820 | 02/03/2016 | Declaration of Adam B. Schlesinger in Support of Debtors' Non-Core Assets Sale |
| 56 | 1821 | 02/03/2016 | Funds' Objection to Entry of Non-Core Assets Sale Order |
| 57 | 1822 | 02/03/2016 | Hearing Scheduled Regarding Funds' Objection to Entry of Non-Core Assets Sale Order |
| 58 | 1833 | 02/03/2016 | Marco Resources LLC's Objection to Bidding Process, Request to Bid and Objection to Non-Core Assets Sale Order |
| 59 | 1836 | 02/04/2016 | Debtors' Notice of Filing Proposed Form of Sale Order for Non-Core Assets |
| 60 | 1863 | 02/08/2016 | Order (I) Approving the Sale of Certain Non-Core Assets Free and Clear of Claims, Liens, Interests and Encumbrances; (II) Approving the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases; and (III) Granting Related Relief |
| 61 | 1864 | 02/08/2016 | Transcript of February 4, 2016 Hearing Regarding Sale of Non-Core Assets |
| 62 | 1871 | 02/09/2016 | Supplemental Correspondence regarding Proposed Asset Purchase Agreement filed by Charles A. Ebetino, Jr. |
| 63 | 1876 | 02/09/2016 | Funds' Notice of Appeal of Non-Core Assets Sale Order |
| 64 | 1877 | 02/09/2016 | Funds' Emergency Motion to Stay Pending Appeal |
| 65 | 1882 | 02/11/2016 | Notice of Hearing Regarding Funds' Emergency Motion to Stay Pending Appeal |

| Item # | Docket No. | Docket Date | Description |
|---|---|---|---|
| 66 | 1905 | 02/16/2016 | Debtors' Opposition to Funds' Emergency Motion To Stay Pending Appeal |
| 67 | 1907 | 02/16/2016 | Funds' Notice of Withdrawal of Emergency Motion To Stay Pending Appeal |
| 68 | 1910 | 02/16/2016 | Order Withdrawing Emergency Motion To Stay Pending Appeal |
| 69 | 1913 | 02/16/2016 | Debtors' Notice of Closing of Non-Core Sale Transaction |
| 70 | N/A | 12/15/2015 | All exhibits, demonstratives, deposition designations and other materials presented or relied upon at the hearing on the 1113/1114 Motion by (i) the proponents of the 1113/1114 Motion, (ii) any party objecting thereto or (iii) any other interested party, and made of part of the record of the hearing on the 1113/1114 Motion |
| 71 | N/A | 12/16/2015 | All exhibits, demonstratives, deposition designations and other materials presented or relied upon at the hearing on the 1113/1114 Motion by (i) the proponents of the 1113/1114 Motion, (ii) any party objecting thereto or (iii) any other interested party, and made of part of the record of the hearing on the 1113/1114 Motion |
| 72 | N/A | 01/06/2016 | All exhibits, demonstratives, deposition designations and other materials presented or relied upon at the hearing on the Sale Motion by (i) the proponents of the Sale Motion, (ii) any party objecting thereto or (iii) any other interested party, and made of part of the record of the hearing on the Sale Motion |
| 73 | N/A | 02/04/2016 | All exhibits, demonstratives, deposition designations and other materials presented or relied upon at the hearing relating to the sale of the Non-Core Assets by (i) the proponents of the sale of the Non-Core Assets, (ii) any party objecting thereto or (iii) any other interested party, and made of part of the record of the hearing on the sale of the Non-Core Assets. |

Dated: February 23, 2016          Respectfully submitted,

/s/ George N. Davies
Glen M. Connor, Alabama Bar No. ASB-0562-R64G
George N. Davies, Alabama Bar No. ASB-3923-A63G
**QUINN, CONNOR, WEAVER, DAVIES & ROUCO LLP**
Two North Twentieth Building
2 – 20th Street North, Suite 930
Birmingham, Alabama  35203
Telephone: 205-870-9989
Facsimile: 205-803-4143
gconnor@qcwdr.com
gdavies@qcwdr.com

 – and –

**MOONEY, GREEN, SAINDON, MURPHY & WELCH, P.C.**
Paul A. Green (*pro hac vice*)
John R. Mooney (*pro hac vice*)
1920 L Street, N.W., Suite 400
Washington, D.C. 20036
Telephone: (202) 783-0010
Facsimile: (202) 783-6088

– and –

**MORGAN, LEWIS & BOCKIUS LLP**
John C. Goodchild, III (*pro hac vice*)
Rachel Jaffe Mauceri (*pro hac vice*)
1701 Market Street
Philadelphia, PA 19103-2921
Telephone: (215) 963-5000
Facsimile: (215) 963-5001
Email: jgoodchild@morganlewis.com
Email: rmauceri@morganlewis.com

Sabin Willett (*pro hac vice*)
Julia Frost-Davies (*pro hac vice*)
Amelia C. Joiner (*pro hac vice*)
One Federal Street
Boston, MA 02110-1726
Telephone: (617) 951-8000
Facsimile: (617) 341-7701
Email: julia.frost-davies@morganlewis.com
Email: amelia.joiner@morganlewis.com
Email: sabin.willett@morganlewis.com

*Attorneys for the Coal Act Funds*

15

**CERTIFICATE OF SERVICE**

I hereby certify that on February 23, 2016, a true and correct copy of the foregoing was filed using the Court's CM/ECF system, which will notify and serve all persons and entities that have formally appeared and requested service in this case.  Additionally, I hereby certify that a true and correct copy of the foregoing was served on the Standard Parties via electronic mail as follows:

*Counsel for the Debtors*:
Kelley Cornish
kcornish@paulweiss.com
Claudia R. Tobler
ctobler@paulweiss.com
PAUL, WEISS, RIFKIND,
  WHARTON & GARRISON LLP
1285 Avenue of the Americas
New York, New York  10019
(212) 373-3000

Patrick Darby
pdarby@babc.com
Jay Bender
jbender@babc.com
BRADLEY ARANT BOULT CUMMINGS LLP
1819 Fifth Avenue North
Birmingham, Alabama  35203
(205) 521-8000

*The Bankruptcy Administrator*:
J. Thomas Corbett
Thomas_Corbett@alnba.uscourts.gov
Jon Dudeck
jon_dudeck@alnba.uscourts.gov
Bankruptcy Administrator
Northern District of Alabama
1800 5th Avenue North
Birmingham, Alabama  35203

*Counsel to Administrative Agent for the Debtors' Prepetition Secured Credit Facility*:

Scott Greissman
sgreissman@whitecase.com
WHITE & CASE LLP
1155 Avenue of the Americas
New York, New York  10036

*Counsel for the Indenture Trustee for Each of the Debtors' Outstanding Bond Issuances*:
Mark R. Somerstein
mark.somerstein@ropesgray.com
ROPES & GRAY LLP
1211 Avenue of the Americas
New York, New York  10036-8706

Patricia Chen
patricia.chen@ropesgray.com
ROPES & GRAY LLP
Prudential Tower
800 Boylston Street
Boston, Massachusetts  02199-3600

*Counsel to the Steering Committee of First Lien Creditors*:
Ira Dizengoff
idizengoff@akingump.com
Kristine Manoukian
kmanoukian@akingump.com
AKIN GUMP STRAUSS
  HAUR & FELD LLP
One Bryant Park
New York, New York  10036
(212) 872-8076

James Savin
jsavin@akingump.com
AKIN GUMP STRAUSS
  HAUR & FELD LLP
1333 New Hampshire Avenue, N.W.
Washington, D.C.  20036
(202) 887-4000

Michael L. Hall
mhall@burr.com
D. Christopher Carson
ccarson@burr.com
BURR FORMAN
420 North 20th Street, Suite 3400
Birmingham, Alabama  35203
(205) 251-3000

                                       /s/ George N. Davies
                                       George N. Davies