IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED MINE WORKERS OF AMERICA COMBINED BENEFIT FUND and UNITED MINE WORKERS OF AMERICA 1992 BENEFIT PLAN, | Case No. 2:16-cv-00249-RDP |
| | District Judge R. David Proctor |
| Appellants, | |
| v. | On appeal from the United States Bankruptcy Court for the Northern District of Alabama, No. 15-02741-11 |
| WALTER ENERGY, INC., et al., | |
| Appellees. | Bankruptcy Judge Tamara O. Mitchell |

**APPELLANTS' STATEMENT OF ISSUES
AND DESIGNATION OF RECORD ON APPEAL**

Pursuant to Federal Rule of Appellate Procedure 6(b)(2)(B), the United Mine Workers of America Combined Benefit Fund and the United Mine Workers of America 1992 Benefit Plan (together, "Appellants"), by and through their attorneys, hereby submit the Statement of Issues and Designation of Record on Appeal of this Court's March 15, 2016 Order (Doc. No. 5) affirming the February 8, 2016 Order of the United States Bankruptcy Court for the Northern District of Alabama (Mitchell, J.) authorizing the sale of the Debtors' remaining assets free and clear of, *inter alia*, claims, liens, interests and encumbrances (Bankr. Doc. No. 1863). Appellants noticed an appeal of the March 15, 2016 Order in this Court on March 17, 2016 (Doc. No. 6); that appeal has been docketed in the Eleventh Circuit as Case No. 16-11205-HH.

\*   \*   \*

1

Appellants' Statement of Issues and Designation of Record on Appeal are as follows:

## STATEMENT OF ISSUES

1. Do bankruptcy courts lack jurisdiction, pursuant to the Anti-Injunction Act, 26 U.S.C. § 7421(a), to rule that the purchaser of a debtor's assets cannot be liable for future federal taxes under the Coal Industry Retiree Health Benefit Act (the "Coal Act"), 26 U.S.C. § 9701 et seq., for periods after the sale closes?

2. Are Appellants' interests in assessing and collecting Coal Act premiums from the purchaser of a coal-mining debtor's business for the period after an asset sale "interest[s] in . . . property" under Section 363(f) of the Bankruptcy Code, 11 U.S.C. § 363(f)?

## DESIGNATION OF RECORD ON APPEAL

Appellants designate the following items for inclusion in the record on appeal to the United States Court of Appeals for the Eleventh Circuit.[1] Each item designated shall also include any and all attachments, proposed orders, and/or exhibits thereto:

| Item # | Docket No. | Docket Date | Description |
|---|---|---|---|
| 1[2] | Bankr. Doc. 1 | 07/15/2015 | Voluntary Petition of Atlantic Development and Capital, LLC (Case No. 15-02747) |
| | | | Voluntary Petition of Atlantic Leaseco, LLC (Case No. 15-02773) |

---

[1]   Item 1–73 constitute the record on appeal before this Court. Bankr. Doc. No. 1971; *see also* Fed. R. App. P. 6(b)(2)(B)(iii).

[2]   On July 15, 2015, Walter Energy, Inc. and 22 affiliates each filed chapter 11 petitions with the Bankruptcy Court for the Northern District of Alabama. Each petition commenced a separate case under chapter 11 of the Bankruptcy Code; accordingly, each chapter 11 petition is docket entry 1 on a separate docket. Each chapter 11 petition is listed on this designation of items for inclusion in the record on appeal. The 23 cases are being jointly administered under the caption *In re Walter Energy, Inc., et al.*, No. 15-02741-11 (Bankr. N.D. Ala.).

| Item # | Docket No. | Docket Date | Description |
|---|---|---|---|
| | | | Voluntary Petition of Blue Creek Coal Sales, Inc. (Case No. 15-02750) |
| | | | Voluntary Petition of Blue Creek Energy, Inc. (Case No. 15-02752) |
| | | | Voluntary Petition of J.W. Walter, Inc. (Case No. 15-02755) |
| | | | Voluntary Petition of Jefferson Warrior Railroad Company, Inc. (Case No. 15-02759) |
| | | | Voluntary Petition of Jim Walter Homes, LLC (Case No. 15-02762) |
| | | | Voluntary Petition of Jim Walter Resources, Inc. (Case No. 15-02743) |
| | | | Voluntary Petition of Maple Coal Co., LLC (Case No. 15-02764) |
| | | | Voluntary Petition of Sloss-Sheffield Steel & Iron Company (Case No. 15-02766) |
| | | | Voluntary Petition of SP Machine, Inc. (Case No. 15-02746) |
| | | | Voluntary Petition of Taft Coal Sales & Associates, Inc. (Case No. 15-02751) |
| | | | Voluntary Petition of Tuscaloosa Resources, Inc. (Case No. 15-02753) |
| | | | Voluntary Petition of V Manufacturing Company (Case No. 15-02754) |
| | | | Voluntary Petition of Walter Black Warrior Basin LLC (Case No. 15-02756) |
| | | | Voluntary Petition of Walter Coke, Inc. (Case No. 15-02744) |
| | | | Voluntary Petition of Walter Energy Holdings, LLC (Case No. 15-02758) |

| Item # | Docket No. | Docket Date | Description |
|---|---|---|---|
| | | | Voluntary Petition of Walter Energy, Inc. (Case No. 15-02741) |
| | | | Voluntary Petition of Walter Exploration & Production LLC (Case No. 15-02757) |
| | | | Voluntary Petition of Walter Home Improvement, Inc. (Case No. 15-02760) |
| | | | Voluntary Petition of Walter Land Company (Case No. 15-02761) |
| | | | Voluntary Petition of Walter Minerals, Inc. (Case No. 15-02763) |
| | | | Voluntary Petition of Walter Natural Gas, LLC (Case No. 15-02765) |
| 2 | Bankr. Doc. 3 | 07/15/2015 | Declaration of William G. Harvey in Support of First Day Motions |
| 3 | Bankr. Doc. 54 | 07/15/2015 | Order Directing Joint Administration of the Debtors' Chapter 11 Cases |
| 4 | Bankr. Doc. 260 | 07/31/2015 | Verified Statement of the Steering Committee of First Lien Creditors Pursuant to Bankruptcy Rule 2019 |
| 5 | Bankr. Doc. 993 | 11/05/2015 | Debtors' Motion for (A) An Order (I) Establishing Bidding Procedures for the Sale(s) of All, or Substantially All, of the Debtors Assets; (II) Approving Bid Protections; (III) Establishing Procedures Relating to the Assumption and Assignment of Executory Contracts and Unexpired Leases; (IV) Approving Form and Manner of the Sale, Cure and Other Notices; and (V) Scheduling an Auction and a Hearing to Consider the Approval of the Sale(s); (B) Order(s) (I) Approving the Sale(s) of the Debtors Assets Free and Clear of Claims, Liens and Encumbrances; and (II) Approving the Assumption and Assignment of Executory Contracts and Unexpired Leases; and (C) Certain Related Relief (the "**Sale Motion**") |

| Item # | Docket No. | Docket Date | Description |
|---|---|---|---|
| 6 | Bankr. Doc. 1094 | 11/23/2015 | Notice of Debtors' Motion Pursuant to 11 U.S.C. §§ 105(a), 1113(c) and 1114(g) for an Order (I) Authorizing the Debtors to (A) Reject Collective Bargaining Agreements, (B) Implement Final Labor Proposals, and (C) Terminate Retiree Benefits; and (II) Granting Related Relief (the "**1113/1114 Motion**") |
| 7 | Bankr. Doc. 1095 | 11/23/2015 | Declaration of Stephen Douglas Williams in Support of Debtors' Motion Pursuant to 11 U.S.C. §§ 105(a), 1113(c) and 1114(g) for an Order (I) Authorizing the Debtors to (A) Reject Collective Bargaining Agreements, (B) Implement Final Labor Proposals, and (C) Terminate Retiree Benefits; and (III) Granting Related Relief |
| 8 | Bankr. Doc. 1099 | 11/23/2015 | Notice and Order Setting Debtors' Motion for an Order (I) Authorizing the Debtors to (A) Reject Collective Bargaining Agreements, (B) Implement Final Labor Proposals, and (C) Terminate Retiree Benefits; and (II) Granting Related Relief; and Establishing Other Deadlines |
| 9 | Bankr. Doc. 1119 | 11/25/2015 | Order (I) Establishing Bidding Procedures for the Sale(s) of All, or Substantially All, of the Debtors' Assets; (II) Approving Bid Protections; (III) Establishing Procedures Relating to the Assumption and Assignment of Executory Contracts and Unexpired Leases; (IV) Approving Form and Manner of the Sale, Cure and Other Notices; (V) Scheduling an auction and a Hearing to Consider the Approval of the Sale(s); and (VI) Granting Certain Related Relief |
| 10 | Bankr. Doc. 1189 | 12/08/2015 | Objection to the United Mine Workers of America to Debtors' Motion Pursuant to 11 U.S.C. §§ 105(a), 1113(c) and 1114(g) for an Order (I) Authorizing the Debtors to (A) Reject Collective Bargaining Agreements, (B) Implement Final Labor Proposals, and (C) Terminate Retiree Benefits; and (II) Granting Related Relief |
| 11 | Bankr. Doc. 1195 | 12/09/2015 | Opposition of United Steelworkers to Debtors' Motion Pursuant to 11 U.S.C. §§ 105(a), 1113(c) and 1114(g) |

| Item # | Docket No. | Docket Date | Description |
|---|---|---|---|
| 12 | Bankr. Doc. 1198 | 12/09/2015 | Objection of the United Mine Workers of American 1974 Pension Plan and Trust, the United Workers of America 1993 Benefit Plan, the United Mine Workers of America 2012 Retiree Bonus Account Plan, the United Mine Workers of America Cash Deferred Savings Plan of 1988, the United Mine Workers of America Combined Benefit Plan and the United Mine Workers of America 1992 Benefit Plan to (1) Debtors' Motion Pursuant to 11 U.S.C. §§ 105(a), 1113(c) and 1114(g) for an Order (I) Authorizing the Debtors to (A) Reject Collective Bargaining Agreements, (B) Implement Final Labor Proposals, and (C) Terminate Retiree Benefits; and (II) Granting Related Relief |
| 13 | Bankr. Doc. 1204 | 12/09/2015 | Statement of the Official Committee of Unsecured Creditors Regarding the Debtors' Motion Pursuant to 11 U.S.C. §§ 105(a), 1113(c) and 1114(g) for an Order (I) Authorizing the Debtors to (A) Reject Collective Bargaining Agreements, (B) Implement Final Labor Proposals, and (C) Terminate Retiree Benefits; and (II) Granting Related Relief |
| 14 | Bankr. Doc. 1207 | 12/09/2015 | Debtors' Motion for an Order Approving Global Settlement Among the Debtors, Official Committee of Unsecured Creditors, Steering Committee and Stalking Horse Purchaser Pursuant to Fed. R. Bankr. P. 9019 |
| 15 | Bankr. Doc. 1227 | 12/10/2015 | Notice of Withdrawal of Debtors' Motion to Reject USW Collective Bargaining Agreements |
| 16 | Bankr. Doc. 1239 | 12/11/2015 | Proposed Findings of Fact and Conclusions of Law Filed by Creditor United Mine Workers of America in Connection with the Debtors' Motion Pursuant To 11 U.S.C. § 105(a), 1113(c) And 1114(g) For An Order (I) Authorizing The Debtors To (A) Reject Collective Bargaining Agreements, (B) Implement Final Labor Proposals, And (C) Terminate Retiree Benefits,. And (II) Granting Related Relief |

| Item # | Docket No. | Docket Date | Description |
|---|---|---|---|
| 17 | Bankr. Doc. 1240 | 12/11/2015 | Debtors' Omnibus Reply to Objections to Motion for an Order (A) Approving the Debtors' Key Employee Retention Plan and (B) Granting Related Relief |
| 18 | Bankr. Doc. 1241 | 12/11/2015 | The Official Committee of Retired Employees of Walter Energy, Inc.'s Proposed Findings of Fact and Conclusions of Law with respect to the Debtors' Motion Pursuant to 11 U.S.C. §§ 105(a), 1113(c), and 1114(g) for an Order (I) Authorizing the Debtors to (A) Reject Collective Bargaining Agreements, (B) Implement Final Labor Proposals, and (C) Terminate Retiree Benefits; and (II) Granting Related Relief |
| 19 | Bankr. Doc. 1242 | 12/11/2015 | Debtors' Proposed Findings of Fact and Conclusions of Law Granting Debtors' Motion for an Order (I) Authorizing the Debtors to (A) Reject Collective Bargaining Agreements, (B) Implement Final Labor Proposals, and (C) Terminate Retiree Benefits; and (II) Granting Related Relief |
| 20 | Bankr. Doc. 1243 | 12/11/2015 | Proposed Findings of Fact and Conclusions of Law of the United Mine Workers of America 1974 Pension Plan and Trust, the United Mine Workers of America 1993 Benefit Plan, the United Mine Workers of America 2012 Retiree Bonus Account Plan, the United Mine Workers of America Cash Deferred Savings Plan of 1988, the United Mine Workers of America Combined Benefit Fund, and the United Mine Workers of America 1992 Benefit Plan with Respect to Debtors' Motion Pursuant to 11 U.S.C. §§ 105(a), 1113(c) and 1114(f) for an Order (I) Authorizing the Debtors to (A) Reject Collective Bargaining Agreements, (B) Implement Final Labor Proposals, and (C) Terminate Retiree Benefits; and (II) Granting Related Relief |

| Item # | Docket No. | Docket Date | Description |
|---|---|---|---|
| 21 | Bankr. Doc. 1250 | 12/11/2015 | The Official Committee of Retired Employees of Walter Energy, Inc.'s Objection to Debtors' Motion Pursuant to 11 U.S.C. §§ 105(a), 1113(c) and 1114(g) for an Order (I) Authorizing the Debtors to (A) Reject Collective Bargaining Agreements, (B) Implement Final Labor Proposals, and (C) Terminate Retiree Benefits; and (II) Granting Related Relief |
| 22 | Bankr. Doc. 1261 | 12/14/2015 | Debtors' Omnibus Reply in Support of the Motion Pursuant to 11 U.S.C. §§ 105(a), 1113(c), and 1114(g) for an Order (I) Authorizing the Debtors to (A) Reject Collective Bargaining Agreements, (B) Implement Final Labor Proposals, and (C) Terminate Retiree Benefits; and (II) Granting Related Relief |
| 23 | Bankr. Doc. 1264 | 12/14/2015 | Debtors' Agenda for Hearing Scheduled for December 15, 2015 |
| 24 | Bankr. Doc. 1284 | 12/14/2015 | Debtors' Notice of Proposed Stipulation and Order Resolving Debtors' Motion Pursuant to 11 U.S.C. §§ 105(a), 1113(c) and 1114(g) for an Order (I) Authorizing the Debtors to (A) Reject Collective Bargaining Agreements, (B) Implement Final Labor Proposals, and (C) Terminate Retiree Benefits; and (II) Granting Related Relief as to the Non-Union Retirees Only |
| 25 | Bankr. Doc. 1286 | 12/14/2015 | Debtors' Notice of Filing Proposed Form of Sale Order |
| 26 | Bankr. Doc. 1333 | 12/16/2015 | Stipulation and Order Resolving Debtors' Motion Pursuant to 11 U.S.C. §§ 105(a), 1113(c) and 1114(g) for an Order (I) Authorizing the Debtors to (A) Reject Collective Bargaining Agreements, (B) Implement Final Labor Proposals, and (C) Terminate Retiree Benefits; and (II) Granting Related Relief as to the Non-Union Retirees Only |
| 27 | Bankr. Doc. 1336 | 12/16/2015 | Transcript of Hearing Held on December 15, 2015 |

| Item # | Docket No. | Docket Date | Description |
|---|---|---|---|
| 28 | Bankr. Doc. 1341 | 12/17/2015 | Objection of the United Mine Workers of America to Debtors' Motion for Entry of an Order (I) Establishing Bidding Procedures for the Sale(s) of All, or Substantially All, of the Debtors' Assets; (II) Approving Bid Protections; (III) Establishing Procedures Relating to the Assumption and Assignment of Executory Contracts and Unexpired Leases; (IV) Approving Form and Manner of the Sale, Cure and Other Notices; and (V) Scheduling an Auction and a Hearing to Consider the Approval of the Sale(s); (B) Order(s) (I) Approving the Sale(s) of the Debtors' Assets Free and Clear of Claims, Liens and Encumbrances; and (II) Approving the Assumption and Assignment of Executory Contracts and Unexpired Leases; and (C) Certain Related Relief |
| 29 | Bankr. Doc. 1373 | 12/17/2015 | Objection of the United Mine Workers of America Combined Benefit Fund and the United Mine Workers of America 1992 Benefit Plan to (A) An Order (I) Establishing Bidding Procedures for the Sale(s) of All, or Substantially All, of the Debtors Assets; (II) Approving Bid Protections; (III) Establishing Procedures Relating to the Assumption and Assignment of Executory Contracts and Unexpired Leases; (IV) Approving Form and Manner of the Sale, Cure and Other Notices; and (V) Scheduling an Auction and a Hearing to Consider the Approval of the Sale(s); (B) Order(s) (I) Approving the Sale(s) of the Debtors Assets Free and Clear of Claims, Liens and Encumbrances; and (II) Approving the Assumption and Assignment of Executory Contracts and Unexpired Leases; and (C) Certain Related Relief |
| 30 | Bankr. Doc. 1413 | 12/18/2015 | Transcript of Hearing Held on December 16, 2015 |
| 31 | Bankr. Doc. 1469 | 12/23/2015 | Debtors' Notice to Creditors Regarding Change of Bid Deadline, Auction Date, and Sale Hearing of Certain Non-Core Assets. |

| Item # | Docket No. | Docket Date | Description |
|---|---|---|---|
| 32 | Bankr. Doc. 1489 | 12/28/2015 | Memorandum Opinion and Order Granting Debtors' Motion for an Order (I) Authorizing the Debtors to (A) Reject Collective Bargaining Agreements, (B) Implement Final Labor Proposals, and (C) Terminate Retiree Benefits; and (II) Granting Related Relief |
| 33 | Bankr. Doc. 1502 | 12/29/2015 | Motion to Alter or Amend Memorandum Opinion and Order Granting Debtors' Motion for an Order (I) Authorizing the Debtors to (A) Reject Collective Bargaining Agreements, (B) Implement Final Labor Proposals, and (C) Terminate Retiree Benefits; and (II) Granting Related Relief |
| 34 | Bankr. Doc. 1510 | 12/20/2015 | Order Granting Motion to Alter or Amend Memorandum Opinion and Order Granting Debtors' Motion for an Order (I) Authorizing the Debtors to (A) Reject Collective Bargaining Agreements, (B) Implement Final Labor Proposals, and (C) Terminate Retiree Benefits; and (II) Granting Related Relief |
| 35 | Bankr. Doc. 1538 | 01/04/2016 | Emergency Motion of the United Mine Workers of America 1992 Benefit Plan and the United Mine Workers of America Combined Benefit Fund to Compel |
| 36 | Bankr. Doc. 1539 | 01/04/2016 | Emergency Motion to Expedite Hearing of the United Mine Workers of America 1992 Benefit Plan and the United Mine Workers of America Combined Benefit Fund Motion to Compel |
| 37 | Bankr. Doc. 1552 | 01/05/2016 | Debtors' Omnibus Reply to Objections to the Debtors' Motion for (A) an Order (I) Establishing Bidding Procedures for the Sale(s) of All, or Substantially All, of the Debtors' Assets; (II) Approving Bid Protections; (III) Establishing Procedures Relating to the Assumption and Assignment of Executory Contracts and Unexpired Leases; (IV) Approving Form and Manner of the Sale, Cure, and Other Notices; and (V) Scheduling an Auction and a Hearing to Consider the Approval of the Sale(s); (B) Order(s) Approving the Sale(s) of the Debtors' Assets Free and Clear of Claims, Liens, Encumbrances, and Interests; and (II) Approving the Assumption and |

| Item # | Docket No. | Docket Date | Description |
|---|---|---|---|
|  |  |  | Assignment of Executory Contracts and Unexpired Leases; and (C) Certain Related Relief |
| 38 | Bankr. Doc. 1553 | 01/05/2016 | Declaration of Stephen Douglas Williams in Support of Debtors' Motion for (A) an Order (I) Establishing Bidding Procedures for the Sale(s) of All, or Substantially All, of the Debtors' Assets; (II) Approving Bid Protections; (III) Establishing Procedures Relating to the Assumption and Assignment of Executory Contracts and Unexpired Leases; (IV) Approving Form and Manner of the Sale, Cure, and Other Notices; and (V) Scheduling an Auction and a Hearing to Consider the Approval of the Sale(s); (B) Order(s) Approving the Sale(s) of the Debtors' Assets Free and Clear of Claims, Liens, Encumbrances, and Interests; and (II) Approving the Assumption and Assignment of Executory Contracts and Unexpired Leases; and (C) Certain Related Relief |
| 39 | Bankr. Doc. 1554 | 01/05/2016 | Debtors' Agenda for Hearing Scheduled for January 6, 2016 |
| 40 | Bankr. Doc. 1578 | 01/08/2016 | Notice of Filing Proposed Order Filed by Creditors United Mine Workers of America 1992 Benefit Plan and its Trustees, United Mine Workers of America Combined Benefit Fund and its Trustees |
| 41 | Bankr. Doc. 1579 | 01/08/2016 | United Mine Workers of America's Notice of Appeal of Bankruptcy Court Order Granting Debtors' 1113/1114 Motion |
| 42 | Bankr. Doc. 1581 | 01/08/2016 | Notice of Appeal of the United Mine Workers of American 1974 Pension Plan and Trust, the United Workers of America 1993 Benefit Plan, the United Mine Workers of America 2012 Retiree Bonus Account Plan, the United Mine Workers of America Cash Deferred Savings Plan of 1988, the United Mine Workers of America Combined Benefit Plan and the United Mine Workers of America 1992 Benefit Plan of the Memorandum Opinion and Order Granting Debtors' Motion for an Order (I) Authorizing the Debtors to (A) Reject Collective Bargaining Agreements, (B) Implement |

| Item # | Docket No. | Docket Date | Description |
|---|---|---|---|
| | | | Final Labor Proposals, and (C) Terminate Retiree Benefits; and (II) Granting Related Relief |
| 43 | Bankr. Doc. 1584 | 01/08/2016 | United States Bankruptcy Court for the Northern District of Alabama (Southern Division) (Mitchell, J.) Order (I) Approving the Sale of the Acquired Assets Free and Clear of Claims, Liens, Interests and Encumbrances; (II) Approving the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases; and (III) Granting Related Relief ("**Sale Order**") |
| 44 | Bankr. Doc. 1602 | 01/11/2016 | Transcript of Hearing Held on January 6, 2016 |
| 45 | Bankr. Doc. 1605 | 01/12/2016 | Notice of Appeal of the United Mine Workers of America Combined Benefit Plan and the United Mine Workers of America 1992 Benefit Plan of Order (I) Approving the Sale of the Acquired Assets Free and Clear of Claims, Liens, Interests and Encumbrances; (II) Approving the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases; and (III) Granting Related Relief |
| 46 | Bankr. Doc. 1607 | 01/12/2016 | United Mine Workers of America's Notice of Appeal of Bankruptcy Court Order Granting Debtor's Sale Motion |
| 47 | Bankr. Doc. 1619 | 01/13/2016 | Emergency Motion for a Stay Pending Appeal |
| 48 | Bankr. Doc. 1620 | 01/13/2016 | Emergency Motion to Expedite Hearing of the United Mine Workers of America 1992 Benefit Plan and the United Mine Workers of America Combined Benefit Fund Emergency Motion to Stay the Sale Order. |
| 49 | Bankr. Doc. 1621 | 01/13/2016 | Debtors' Notice of Change of Auction Date for Certain Non-Core Assets |

| Item # | Docket No. | Docket Date | Description |
|---|---|---|---|
| 50 | Bankr. Doc. 1622 | 01/13/2016 | Joinder to the Funds' Emergency Motion for a Stay Pending Appeal of the Sale Order |
| 51 | Bankr. Doc. 1623 | 01/13/2016 | United States Bankruptcy Court for the Northern District of Alabama (Southern Division) (Mitchell, J.) Order Setting Expedited Hearing on Coal Act Fund's Motion for a Stay Pending Appeal of the Sale Order |
| 52 | Bankr. Doc. 1704 | 01/20/2016 | United States Bankruptcy Court for the Northern District of Alabama (Southern Division) (Mitchell, J.) Order Denying Emergency Motion for a Stay Pending Appeal |
| 53 | Bankr. Doc. 1729 | 01/22/2016 | Debtors' Notice of Adjourned Auction Date and Continued Sale Hearing for Certain Non-Core Assets |
| 54 | Bankr. Doc. 1784 | 02/01/2016 | Notice of Proposed Asset Purchase Agreement for the Debtors' Non-Core Assets ("Non-Core Assets") |
| 55 | Bankr. Doc. 1820 | 02/03/2016 | Declaration of Adam B. Schlesinger in Support of Debtors' Non-Core Assets Sale |
| 56 | Bankr. Doc. 1821 | 02/03/2016 | Funds' Objection to Entry of Non-Core Assets Sale Order |
| 57 | Bankr. Doc. 1822 | 02/03/2016 | Hearing Scheduled Regarding Funds' Objection to Entry of Non-Core Assets Sale Order |
| 58 | Bankr. Doc. 1833 | 02/03/2016 | Marco Resources LLC's Objection to Bidding Process, Request to Bid and Objection to Non-Core Assets Sale Order |
| 59 | Bankr. Doc. 1836 | 02/04/2016 | Debtors' Notice of Filing Proposed Form of Sale Order for Non-Core Assets |

| 60 | Bankr. Doc. 1863 | 02/08/2016 | Order (I) Approving the Sale of Certain Non-Core Assets Free and Clear of Claims, Liens, Interests and Encumbrances; (II) Approving the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases; and (III) Granting Related Relief |
| --- | --- | --- | --- |
| 61 | Bankr. Doc. 1864 | 02/08/2016 | Transcript of February 4, 2016 Hearing Regarding Sale of Non-Core Assets |
| 62 | Bankr. Doc. 1871 | 02/09/2016 | Supplemental Correspondence regarding Proposed Asset Purchase Agreement filed by Charles A. Ebetino, Jr. |
| 63 | Bankr. Doc. 1876 | 02/09/2016 | Funds' Notice of Appeal of Non-Core Assets Sale Order |
| 64 | Bankr. Doc. 1877 | 02/09/2016 | Funds' Emergency Motion to Stay Pending Appeal |
| 65 | Bankr. Doc. 1882 | 02/11/2016 | Notice of Hearing Regarding Funds' Emergency Motion to Stay Pending Appeal |
| 66 | Bankr. Doc. 1905 | 02/16/2016 | Debtors' Opposition to Funds' Emergency Motion To Stay Pending Appeal |
| 67 | Bankr. Doc. 1907 | 02/16/2016 | Funds' Notice of Withdrawal of Emergency Motion To Stay Pending Appeal |
| 68 | Bankr. Doc. 1910 | 02/16/2016 | Order Withdrawing Emergency Motion To Stay Pending Appeal |
| 69 | Bankr. Doc. 1913 | 02/16/2016 | Debtors' Notice of Closing of Non-Core Sale Transaction |

| | | | |
|---|---|---|---|
| 70 | N/A | 12/15/2015 | All exhibits, demonstratives, deposition designations and other materials presented or relied upon at the hearing on the 1113/1114 Motion by (i) the proponents of the 1113/1114 Motion, (ii) any party objecting thereto or (iii) any other interested party, and made of part of the record of the hearing on the 1113/1114 Motion |
| 71 | N/A | 12/16/2015 | All exhibits, demonstratives, deposition designations and other materials presented or relied upon at the hearing on the 1113/1114 Motion by (i) the proponents of the 1113/1114 Motion, (ii) any party objecting thereto or (iii) any other interested party, and made of part of the record of the hearing on the 1113/1114 Motion |
| 72 | N/A | 01/06/2016 | All exhibits, demonstratives, deposition designations and other materials presented or relied upon at the hearing on the Sale Motion by (i) the proponents of the Sale Motion, (ii) any party objecting thereto or (iii) any other interested party, and made of part of the record of the hearing on the Sale Motion |
| 73 | N/A | 02/04/2016 | All exhibits, demonstratives, deposition designations and other materials presented or relied upon at the hearing relating to the sale of the Non-Core Assets by (i) the proponents of the sale of the Non-Core Assets, (ii) any party objecting thereto or (iii) any other interested party, and made of part of the record of the hearing on the sale of the Non-Core Assets. |
| 74 | Doc. No. 1 | 02/11/2016 | Notice of Appeal from Bankruptcy Court's Non-Core Asset Sale Order. |
| 75 | Doc. No. 3 | 03/08/2016 | United States District Court for the Northern District of Alabama (Proctor, J.) Order requiring parties to submit briefs setting forth respective position as to how the Court's ruling in Case No. 2:16-cv-00064-RDP affects this appeal. |
| 76 | Doc. No. 4 | 03/11/2016 | Appellants' Statement of Effect of the Court's March 8, 2016 Order in 2:16-CV-00064-RDP. |

| | | | |
|---|---|---|---|
| 77 | Doc. No. 5 | 03/15/2016 | United States District Court for the Northern District of Alabama (Proctor, J.) Order affirming Bankruptcy Court's February 8, 2016 Non-Asset-Sale Order in accordance with the reasoning set forth in the District Court's March 8, 2016 Memorandum Opinion and Order in the Core-Asset Appeal. |
| 78 | Doc. No. 6 | 03/17/2016 | Appellants' Notice of Appeal to the United States Court of Appeals for the Eleventh Circuit of District Court's March 15, 2016 Order |
| 79 | Doc. No. 7 | 03/17/2016 | Transmission of Notice of Appeal to the United States Court of Appeals for the Eleventh Circuit |
| 80 | Doc. No. 8 | 03/17/2016 | Transmission of Notice of Appeal and Docket Sheet to the United States Court of Appeals for the Eleventh Circuit |
| 81 | Doc. No. 11 | 03/24/2016 | The United States Court of Appeals for the Eleventh Circuit Notice of Case Number for appeal is 16-11205-HH |
| 82 | Doc. No. 12 | 03/25/2016 | Appellants' Transcript Request |
| 83 | Doc. No. 13 | 03/28/2016 | Certificate of Record on Appeal by Bankruptcy Clerk |

Dated: March 31, 2016                    Respectfully submitted,

/s/ George N. Davies
Glen M. Connor (Ala. Bar No. 0562-R64G)
George N. Davies (Ala. Bar No. 3923-A63G)
**QUINN, CONNOR, WEAVER, DAVIES & ROUCO LLP**
Two North Twentieth Building
2 – 20th Street North, Suite 930
Birmingham, AL  35203
Telephone: (205) 870-9989
Facsimile: (205) 803-4143
gconnor@qcwdr.com
gdavies@qcwdr.com

**MOONEY, GREEN, SAINDON, MURPHY & WELCH, P.C.**
Paul A. Green (*pro hac vice*)
John R. Mooney (*pro hac vice*)
1920 L Street NW, Suite 400
Washington, DC 20036
Telephone: (202) 783-0010
Facsimile: (202) 783-608

**MORGAN, LEWIS & BOCKIUS LLP**
John C. Goodchild, III (*pro hac vice*)
Rachel Jaffe Mauceri (*pro hac vice*)
1701 Market Street
Philadelphia, PA 19103-2921
Telephone: (215) 963-5000
Facsimile: (215) 963-5001
jgoodchild@morganlewis.com
rmauceri@morganlewis.com

Sabin Willett (*pro hac vice*)
Julia Frost-Davies (*pro hac vice*)
Amelia C. Joiner (*pro hac vice*)
One Federal Street
Boston, MA 02110-1726
Telephone: (617) 951-8000
Facsimile: (617) 341-7701
sabin.willett@morganlewis.com
julia.frost-davies@morganlewis.com
amelia.joiner@morganlewis.com

Bryan M. Killian (*pro hac vice*)
Raechel K. Kummer (*pro hac vice*)
Stephanie Schuster (*pro hac vice*)
2020 K Street NW
Washington, DC 20006-1806
Telephone: (202) 373-6000
Facsimile: (202) 373-6001
bryan.killian@morganlewis.com
raechel.anglin@morganlewis.com
stephanie.schuster@morganlewis.com

*Attorneys for Appellants*

## CERTIFICATE OF SERVICE

I hereby certify that on March 31, 2016, I electronically filed a copy of Appellants' Statement of Issues and Designation of Record on Appeal with the Clerk of the Court using the Court's CM/ECF system, which will automatically send email notification of such filing to the following counsel of record:

Scott Burnett Smith
Jay Bender
James B. Bailey
Cathleen Curran Moore
BRADLEY ARANT BOULTCUMMINGS LLP
One Federal Place
1819 Fifth Avenue
Birmingham, AL 35203
Tel: (205) 521-8000

Stephen J. Shimshak
Kelley A. Cornish
Robert N. Kravitz
Michael S. Rudnick
Diane Meyers
Claudia R Tobler
Ann K. Young
PAUL,WEISS, RIFKIND,WHARTON & GARRISON LLP
1285 Avenue of the Americas
New York, NY 10019
Tel: (212) 373-3000

*Attorneys for the  Debtors/Appellees*

Robert K. Ozols
Jayna Partain Lamar
MAYNARD COOPER & GALE PC
1901 6th Avenue North Suite 2400
Birmingham, AL 35203
Tel: (205) 254-1875

*Attorneys for the Debtors/Appellees*

Michael L. Hall
D. Christopher Carson
BURR & FORMAN
420 North 20th Street
Birmingham, AL 35203
Tel: (205) 458-5367

*Attorneys for Non-Parties Coal Acquisition LLC & The Steering Committee*

DATED:  March 31, 2016

*/s/George N. Davies*
George N. Davies